(No. 82-CC-2690–)

TURNER COLEMAN, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed December 27, 1982.*

TURNER COLEMAN, *pro se*, for Claimant.

TYRONE C. FAHNER, Attorney General (LYNN W. SCHOCK, Assistant Attorney General, of counsel), for Respondent.

POCH, J.

This cause coming before the Court by joint stipulation of the parties, the Court being fully advised in the premises, it is hereby ordered, adjudged, and decreed that:

Claimant is hereby awarded the sum of $500.00 as the complete and full satisfaction of his claim against the State of Illinois which arose between January 2, 1982, and March 25, 1982, as is more fully set out in the stipulation filed by the parties.